UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1046 MJD/JGL

MICHAEL S. LANCIEWICZ,

Plaintiff,

v.

**PRETRIAL ORDER**

NORTHERN STATES POWER COMPANY, ET AL.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 3-4 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2000;

3. Plaintiff shall disclose all expert witnesses by February 1, 2001, reports by March 2001 and Defendants shall disclose all expert witnesses by March 1, 2001, reports by June 1, 2001;

4. The period during which the parties may seek discovery shall be completed by July 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to October 1, 2001; and

7. This case will be considered "ready for trial" as of October 1, 2001.

DATED: September 8, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed SEP 08 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________