# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael S. Langiewicz

Plaintiff

Case No. Civil 00-1046 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Northern States Power Company, a Minnesota corporation, Northern States Power Company Pension Plan, an employee benefit plan, Gary R. Johnson, Grady Butts, and Cyndi Lesher

Defendants

Northern States Power Company

Third-Party Plaintiff

v.

APM of Wisconsin, Inc. and Alexander J. Langiewicz

Third-Party Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

NSP is entitled to judgment against APM of Wisconsin, Inc. in the amount of $52,977.64.

DATE: November 6, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

18