ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael S. Langiewicz,

Plaintiff,

vs.

Northern States Power Company, a Minnesota corporation, Northern States Power Company Pension Plan, an employee benefit plan, Gary R. Johnson, Grady Butts, and Cyndi Lesher,

Defendants.

Northern States Power Company,

Third-Party Plaintiff,

vs.

APM of Wisconsin, Inc. and Alexander J. Langiewicz,

Third-Party Defendants.

Court File No. 00-CV-1046 MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties have entered into a Settlement Agreement and Release of Claims which fully settles all contested issues in this case;

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted by the parties in this case are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

**EXHIBIT A**

FILED MAR 3 0 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1252528v3

Dated this 27 day of March, 2001.

Respectfully submitted,

COTE LAW FIRM, LTD.

Brian E. Cote (#218819)
900 Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402
(612) 333-9709

**Attorney for Michael S. Langiewicz**

BRIGGS AND MORGAN, P.A.

Timothy R. Thornton (#109630)
Kristin R. Sankovitz (#296776)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**Attorneys for Northern States Power Company, Northern States Power Company Pension Plan, Gary R. Johnson, Grady Butts, and Cyndi Lesher**

BARNA, GUZY & STEFFEN, LTD.

Malcolm P. Terry (#261117)
400 Northtown Financial Plaza
200 Coon Rapids Boulevard
Minneapolis, MN 55433
(763) 783 - 5121

**Attorney for Alexander J. Langiewicz**

**ORDER**

IT IS HEREBY ORDERED that all claims asserted by the parties in this case are hereby dismissed with prejudice and that all parties shall bear their own costs and fees.

LET JUDGMENT BE ENTERED ACCORDINGLY

BY THE COURT

Dated: 3-30-01

United States District Court Judge